UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANTHONY E. WHITFIELD, | |
|---|---|
| Petitioner, | No. C09-5361 FDB/KLS |
| v. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| SCOTT FRAKES, | |
| Respondent. | |

Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is GRANTED. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED this <u>13th</u> day of July, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1