# United States District Court

### WESTERN DISTRICT OF WASHINGTON

ANTHONY E. WHITFIELD

v.

SCOTT FRAKES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5361FDB

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

Petitioner's Writ of Habeas Corpus (Dkt. 5) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

Petitioner is not entitled to a Certificate of Appealability.

March 9, 2010
Date

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk